1  SEYFARTH SHAW LLP
   Michael J. Burns (SBN 172614)
2  E-mail: mburns@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   GENCO I, INC.
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO

11 ROBERT MEDRANO and ALBERT LANDA,  )  Case No. 10-CV-01555-LJO-SKO
                                      )
12         Plaintiffs,                 )  **STIPULATION TO CONTINUE**
                                      )  **HEARING DATE OF PLAINTIFFS'**
13     v.                              )  **MOTION TO REMAND ACTION TO**
                                      )  **THE SUPERIOR COURT; AND ORDER**
14 GENCO SUPPLY CHAIN SOLUTIONS aka   )
   GENCO DISTRIBUTION SYSTEM and      )
15 GENCO, INC.; RICHARD HAMLIN, and   )
   DOES 1 through 100, inclusive,     )  Complaint Filed: July 9, 2010
16                                     )
           Defendants.                 )
17                                     )

18                        **STIPULATION**

19     The Parties to the above entitled action, GENCO I, INC. ("Defendant") and ROBERT

20 MEDRANO AND ALBERT LANDA (collectively "Plaintiffs") (collectively referred to as the

21 "Parties"), by and through their undersigned counsel, and pursuant to Local Rules 143 and 144,

22 hereby stipulate and agree as follows:

23     1.     Defendant filed its Notice of Removal [Diversity Jurisdiction] ("Notice") in this

24 Court on August 27, 2010, removing this matter from the Superior Court, State of California,

25 County of Fresno.

26     2.     Plaintiffs thereafter filed their Motion to Remand Action to the Superior Court,

27 State of California, County of Fresno and for Just Costs and Actual Expenses, Including

28 Attorney's Fees ("Motion") on September 24, 2010.

1    3.   Plaintiffs' Motion is currently scheduled for hearing on November 17, 2010 at
2  9:30 a.m.
3    4.   Counsel for Defendant, Michael J. Burns, the only attorney to have filed an
4  appearance on behalf of Defendant, has a prior obligation in another matter on November 17,
5  2010 and is unable to attend the hearing as scheduled.
6    5.   Counsel for Defendant and counsel for both Plaintiffs have agreed to reschedule
7  the hearing on Plaintiffs' Motion for December 15, 2010 at 9:30 a.m. and hereby request that the
8  hearing on Plaintiffs' Motion be rescheduled on that date.
9    6.   Given the rescheduled date for the hearing, Defendant's Opposition or Statement
10  of Non-Opposition is due by Wednesday, December 1, 2010.  Plaintiffs' Reply to any
11  Opposition is due by Wednesday, December 8, 2010.

| | |
|---|---|
| DATED: November 4, 2010 | SEYFARTH SHAW LLP |
| | By   /s/ Michael J. Burns<br>        Michael J. Burns |
| | Attorneys for Defendant<br>GENCO |
| DATED: November 10, 2010 | TOMASSIAN, PIMENTEL & SHAPAZIAN |
| | By   /s/ Larry H. Shapazian<br>        Larry H. Shapazian |
| | Attorneys for Plaintiff<br>ROBERTO MEDRANO |
| DATED: November 3, 2010 | LAW OFFICE OF DEAN B. GORGON |
| | By   /s/ Dean B. Gordon<br>        Dean B. Gordon |
| | Attorneys for Plaintiff<br>ALBERTO LANDA |

**ORDER**

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The hearing on Plaintiffs' Motion, currently scheduled for Wednesday, November 17, 2010, at 9:30 a.m. is continued to Wednesday, December 15, 2010, at 9:30 a.m.

2. Pursuant to Local Rule 230(c), Defendant's Opposition or Statement of Non-Opposition shall be due not later than Wednesday, December 1, 2010.

3. Pursuant to Local Rule 230(d), Plaintiffs' Reply to any Opposition provided by Defendant shall be due not later than Wednesday, December 8, 2010.

IT IS SO ORDERED.

Dated:  **November 15, 2010**           **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE