Dean B. Gordon (SBN 061311)
LAW OFFICE OF DEAN B. GORDON
E-mail: dean@deangordonlaw.com
1220 East Olive Avenue
Fresno, California 93728
Tel:   (559) 221-7777       Fax:   (559) 221-6812
Attorneys for Plaintiff ALBERTO LANDA

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Matthew J. Mason (SBN 271344)
E-mail: mmason@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Tel:   (415) 397-2823       Fax:   (415) 397-8549
Attorneys for Defendant GENCO I, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROBERTO MEDRANO and ALBERT LANDA,<br><br>            Plaintiffs,<br><br>    v.<br><br>GENCO SUPPLY CHAIN SOLUTIONS aka GENCO DISTRIBUTION SYSTEM and GENCO, INC.; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 10-CV-01555-LJO-SKO<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO COMPEL**<br><br>Date:    September 21, 2011<br>Time:    9:30 a.m.<br>Judge:   Magistrate Judge Sheila K. Oberto<br>Dept.:   8<br><br>Complaint Filed:    July 9, 2010 |

IT IS HEREBY STIPULATED by and between Plaintiff ALBERT LANDA ("Landa" or "Plaintiff") and Defendant GENCO I, INC. ("Genco" or "Defendant"), through their respective undersigned counsel, as follows:

WHEREAS, Defendant filed its Motion to Compel the Deposition of Plaintiff Albert

Stipulation to Continue Defendant's Motion to Compel; Case No. 10-CV-01555-LJO-SKO

Landa, and to Compel Plaintiff Alberto Landa's Further Responses to Defendant's Special Interrogatories, Set One, and Defendant's Requests for Production of Documents and Tangible Things, Set One ("Motion");

WHEREAS, the hearing on Defendant's Motion is set for September 21, 2011 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Sheila K. Oberto and the deadline for the Parties to file their Joint Statement re Discovery Disagreement under Local Rule 251 is September 14, 2011;

WHEREAS, the Parties are continuing to meet and confer regarding the issues that are the subject of Defendant's Motion and anticipate that they will be able to resolve most, if not all, of the disputed issues without Court intervention;

IT IS HEREBY STIPULATED AND AGREED by and among the Parties that the hearing for Defendant's Motion shall be continued two weeks until October 5, 2011 to provide the Parties further time to meet and confer and to resolve or narrow any disputed issues;

IT IS HEREBY STIPULATED AND AGREED by and among the Parties that the Joint Statement re Discovery Disagreement shall be filed no later than September 28, 2011.

IT IS SO STIPULATED

DATED: September 12, 2011                SEYFARTH SHAW LLP


                                         By /s/ Matthew J. Mason___
                                             Michael J. Burns
                                             Matthew J. Mason
                                         Attorneys for Defendant
                                         GENCO I, INC.

DATED: September 12, 2011                LAW OFFICE OF DEAN B. GORDON


                                         By /s/ Dean B. Gordon___
                                             Dean B. Gordon
                                         Attorneys for Plaintiff
                                         ALBERT LANDA

**ORDER**

The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The hearing for Defendant's Motion to Compel the Deposition of Plaintiff Alberto Landa, and to Compel Plaintiff Alberto Landa's Further Responses to Defendant's Special Interrogatories, Set One, and Defendant's Requests for Production of Documents and Tangible Things, Set One, shall be continued until Wednesday, October 5, 2011, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto and the deadline for the Parties to file their Joint Statement re Discovery Disagreement under Local Rule 251 shall be continued until September 28, 2011.

IT IS SO ORDERED.

Dated:   **September 13, 2011**             **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE